UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

D'ANNA WELSH,

      Plaintiff,

    v.

WILLIAM V. MARTINEZ JR.,
KELLY MARTINEZ,

      Defendants,

Case No. 2:22-cv-00216-KCD-NPM

_____/

## ORDER

This case is set for a final pretrial conference on March 30, 2026, at 1:30 pm. In addition to the other papers required by the Court's prior orders (*see* Doc. 51), Plaintiff is directed to prepare a chart that identifies each fraudulent transfer that is the subject of her claims and on which she seeks relief. The chart must include, at minimum, the following fields:

| Transaction Date | Amount | Source Account | Recipient/Destination | Associated Count of the Complaint (For every transaction listed, Plaintiff must identify the specific count under which she seeks relief for that particular transfer) |
|---|---|---|---|---|
| | | | | |

Plaintiff must file this chart with the Court on or before March 26, 2026.

1

**ORDERED** in Fort Myers, Florida on March 19, 2026.

Kyle C. Dudek
United States District Judge