UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| D'ANNA WELSH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:22-cv-00216-KCD-NPM |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM V. MARTINEZ, JR., and | ) | |
| KELLY MARTINEZ f/k/a KELLY | ) | |
| ROUSSEAU, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CHART REFLECTING
DEFENDANTS' FRAUDULENT TRANSFERS**

Per the Court's order at ECF No. 167, Plaintiff D'Anna Welsh respectfully files this chart that identifies each fraudulent transfer that is the subject of her claims totaling $2,421,301.18.

| Description | Transaction Date | Amount | Source Account | Recipient /Destination | Associated Count of the Complaint |
|---|---|---|---|---|---|
| Englewood Gift | 1/31/2020 | $120,000.00 | Dr. Martinez's Capital Group / American Funds Redemption Check dated 1/31/2020 from Wells Fargo Bank CB&T redemption account x6434 (Check Endorsed to Kelly Rousseau and deposited) | Deposited in Wells Fargo account, acknowledged by Ms. Martinez as the $120,000 gift received (deposited on 2/6/2020) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Secoya Gift from Dr. Martinez to Ms. Martinez per 8/9/2020 Prosperity Gift Letter | 7/21/2020 | $119,970.00 | Wire Xfr Cr Domestic (Dr. Martinez) | Kelly Rousseau individual People's United Bank x-6751 (wire received 7/21/2020) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Secoya Gift from Dr. Martinez to Ms. Martinez per 8/9/2020 Prosperity Gift Letter | 8/5/2020 | $20,000.00 | Online/Phone Xfr in (Dr. Martinez) | Kelly Rousseau individual People's United Bank x-6751 (wire received 8/5/2020) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Additional Wire from Dr. Martinez to Ms. Martinez, not reflected in Gift Letter | 8/20/2020 | $140,000.00 | Online/Phone Xfr in (Dr. Martinez) | Kelly Rousseau individual People's United Bank x-6751 (wire received 8/5/2020) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Secoya Mortgage Prepayment | 8/27/2020 | $380,000.00 | Dr. Martinez's individual Bank of America x-8535 (wire out 8/27/2020) | Prosperity Home Mortgage | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |

| Description | Transaction Date | Amount | Source Account | Recipient /Destination | Associated Count of the Complaint |
|---|---|---|---|---|---|
| Secoya Cash out Refi Payment | 8/30/2021 | $96,048.00 | Sender is Florida Escrow Acct at Bank of America | Ms. Martinez's individual Wells Fargo x-6321 (wire received 8/30/2021 from Florida Escrow Account) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Regions Cashier's Check Double Endorsement | 12/16/2021 | $49,990.05 | Regions cashier's check dated 12/15/2021 (Pay to the Order of William Martinez, Purchased for Kelly Martinez) | Ms. Martinez's individual Wells Fargo x-6321 (eDeposit 12/16/2021) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Cash Transfer | 12/16/2021 | $5,500.00 | Cash (from Dr. Martinez) | Ms. Martinez's individual Wells Fargo x-6321 (eDeposit 12/16/2021) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Check from Dr. Martinez to Ms. Martinez | 1/14/2022 | $6,003.11 | Dr. Martinez's individual Regions x-4201 | Ms. Martinez's individual Wells Fargo x-6321 (ATM check deposit Vanderbilt Beach 1/14/2022) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Check from Dr. Martinez to Ms. Martinez | 1/14/2022 | $5,526.95 | Dr. Martinez's individual Regions x-4201 | Ms. Martinez's individual Wells Fargo x-6321 (ATM check deposit Vanderbilt Beach 1/14/2022) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Check from Dr. Martinez | 2/10/2022 | $9,028.50 | Dr. Martinez's individual Regions x-4201 | Ms. Martinez's individual | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the |

| Description | Transaction Date | Amount | Source Account | Recipient /Destination | Associated Count of the Complaint |
|---|---|---|---|---|---|
| to Ms. Martinez | | | | Wells Fargo x-6321 (e-deposit in store Vanderbilt Beach branch 2/11/2022) | equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Check from Dr. Martinez to Ms. Martinez | 2/10/2022 | $6,471.50 | Dr. Martinez's individual Regions x-4201 | Ms. Martinez's individual Wells Fargo x-6321 (e-deposit in store Vanderbilt Beach branch 2/11/2022) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Check from Dr. Martinez to Ms. Martinez | 3/15/2022 | $9,260.90 | Dr. Martinez's individual Regions x-4201 | Ms. Martinez's individual Wells Fargo x-6321 (e-deposit in store Vanderbilt Beach branch 3/17/2022) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Check from Dr. Martinez to Ms. Martinez | 3/15/2022 | $11,189.10 | Dr. Martinez's individual Regions x-4201 | Ms. Martinez's individual Wells Fargo x-9116 (e-deposit in store Vanderbilt Beach branch 3/17/2022) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Check from Dr. Martinez to Ms. Martinez | 4/2/2022 | $8,100.00 | Dr. Martinez's individual Regions x-4201 | Ms. Martinez's individual Wells Fargo x-6321 (e-deposit in store Airport Pulling Road 4/4/2022) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez signs check from joint PNC Bank | 5/7/2022 | $11,218.82 | Joint PNC Bank account x-9222 | Ms. Martinez's individual Wells Fargo x-6321 (ATM | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III |

| Description | Transaction Date | Amount | Source Account | Recipient /Destination | Associated Count of the Complaint |
|---|---|---|---|---|---|
| account to Ms. Martinez | | | | Deposit Tamiami Trail 5/9/2022) | and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez signs check from joint PNC Bank account to Ms. Martinez | 5/31/2022 | $10,186.10 | Joint PNC Bank account x-9222 | Ms. Martinez's individual Wells Fargo x-6321 (eDeposit 5/31/2022) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Cashier's check from PNC Bank to Ms. Martinez | 6/30/2022 | $11,650.00 | Cashier's check PNC Bank (Pay to the Order of Kelly Martinez) | Ms. Martinez's individual Wells Fargo x-6321 (eDeposit 6/30/2022) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Cashier's check from PNC Bank to Ms. Martinez | 7/29/2022 | $9,083.60 | Cashier's check PNC Bank (Pay to the Order of Kelly Martinez) | Ms. Martinez's individual Wells Fargo x-6321 (eDeposit 7/29/2022) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Cashier's check from PNC Bank to Ms. Martinez | 8/31/2022 | $9,187.29 | Cashier's check PNC Bank (Pay to the Order of Kelly Martinez) | Ms. Martinez's individual Wells Fargo x-6321 (eDeposit 8/31/2022) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Cashier's check from PNC Bank to Ms. Martinez | 10/3/2022 | $9,341.03 | Cashier's check PNC Bank (Pay to the Order of Kelly Martinez) | Ms. Martinez's individual Wells Fargo x-6321 (ATM Deposit Vanderbilt Beach 10/3/2022) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Cashier's check from | 10/31/2022 | $20,000.00 | Cashier's check PNC Bank | Ms. Martinez's | Primarily, the statutory claims in Counts I, II, |

| Description | Transaction Date | Amount | Source Account | Recipient /Destination | Associated Count of the Complaint |
|---|---|---|---|---|---|
| PNC Bank to Ms. Martinez | | | (Pay to the Order of Kelly Martinez) | individual Wells Fargo x-6321 (eDeposit 11/1/2022) | and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Cashier's check from PNC Bank to Ms. Martinez | 11/30/2022 | $9,660.66 | Cashier's check PNC Bank (Pay to the Order of Kelly Martinez) | Ms. Martinez's individual Wells Fargo x-6321 (eDeposit 11/30/2022) | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 5/31/2022 | $29,971.80 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 6/30/2022 | $25,690.69 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 7/29/2022 | $23,505.03 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit | 8/31/2022 | $25,493.22 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III |

| Description | Transaction Date | Amount | Source Account | Recipient /Destination | Associated Count of the Complaint |
|---|---|---|---|---|---|
| directly in TBE Account, out of Creditor's Reach | | | | as TBE x-9222 | and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 9/30/2022 | $23,584.06 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 10/31/2022 | $27,333.92 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 11/30/2022 | $22,408.90 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 12/30/2022 | $21,538.82 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in | 1/31/2023 | $23,727.25 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the |

7

| Description | Transaction Date | Amount | Source Account | Recipient /Destination | Associated Count of the Complaint |
|---|---|---|---|---|---|
| TBE Account, out of Creditor's Reach | | | | as TBE x-9222 | declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 3/1/2023 | $19,496.61 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 3/31/2023 | $22,093.29 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 4/23/2023 | $23,062.78 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 5/31/2023 | $23,895.28 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE | 6/30/2023 | $27,860.81 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment |

| Description | Transaction Date | Amount | Source Account | Recipient /Destination | Associated Count of the Complaint |
|---|---|---|---|---|---|
| Account, out of Creditor's Reach | | | | | claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 7/31/2023 | $24,789.87 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 8/31/2023 | $22,776.39 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 9/29/2023 | $25,292.59 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 10/31/2023 | $23,828.01 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out | 11/30/2023 | $30,110.48 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment |

9

| Description | Transaction Date | Amount | Source Account | Recipient /Destination | Associated Count of the Complaint |
|---|---|---|---|---|---|
| of Creditor's Reach | | | | | claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 12/29/2023 | $30,813.51 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 1/31/2024 | $34,727.94 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 2/29/2024 | $30,684.97 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 3/29/2024 | $33,645.39 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out | 4/30/2024 | $38,697.57 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |

| Description | Transaction Date | Amount | Source Account | Recipient /Destination | Associated Count of the Complaint |
|---|---|---|---|---|---|
| of Creditor's Reach | | | | | |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 5/31/2024 | $31,777.22 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 6/28/2024 | $33,149.82 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 7/31/2024 | $37,051.48 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 8/30/2024 | $38,934.29 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out | 9/30/2024 | $32,458.33 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |

11

| Description | Transaction Date | Amount | Source Account | Recipient /Destination | Associated Count of the Complaint |
|---|---|---|---|---|---|
| of Creditor's Reach | | | | | |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 10/31/2024 | $28,449.44 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 11/29/2024 | $35,000.07 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 12/31/2024 | $35,488.92 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 1/31/2025 | $27,650.57 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out | 2/28/2025 | $30,766.60 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |

| Description | Transaction Date | Amount | Source Account | Recipient /Destination | Associated Count of the Complaint |
|---|---|---|---|---|---|
| of Creditor's Reach | | | | | |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 3/31/2025 | $33,201.82 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 4/30/2025 | $34,018.55 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 5/30/2025 | $32,540.83 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 6/30/2025 | $36,090.02 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out | 7/31/2025 | $46,831.98 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |

13

| Description | Transaction Date | Amount | Source Account | Recipient /Destination | Associated Count of the Complaint |
|---|---|---|---|---|---|
| of Creditor's Reach | | | | | |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 8/29/2025 | $37,464.39 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 9/30/2025 | $37,919.24 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 10/31/2025 | $33,859.32 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out of Creditor's Reach | 11/28/2025 | $36,410.76 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |
| Dr. Martinez places his wages via direct deposit directly in TBE Account, out | 12/31/2025 | $49,792.74 | Riverview Cardiac Surgery PA, Regions Bank x-7477 | Joint PNC Bank account, Dr. Martinez and Ms. Martinez as TBE x-9222 | Primarily, the statutory claims in Counts I, II, and V. Secondarily, the equitable claims and remedies in Counts III and IV and the declaratory judgment claims in Counts VI and VII. |

14

| Description | Transaction Date | Amount | Source Account | Recipient /Destination | Associated Count of the Complaint |
|---|---|---|---|---|---|
| of Creditor's Reach | | | | | |
| | | | | | |
| **TOTAL** | | **$2,421,301.18** | | | |

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By:    */s/ Kenneth E. Chase*
       Kenneth E. Chase
       Chase Law & Associates, P.A.
       951 Yamato Road, Suite 280
       Boca Raton, FL 33431
       Tel: (305) 402-9800
       Fax: (305) 402-2725
       Email: kchase@chaselaw.com

*Counsel for Plaintiff D'Anna Welsh*

## CERTIFICATE OF SERVICE

I, Kenneth E. Chase, hereby certify that I served the foregoing via CM/ECF, which serves electronic notice to all counsel of record, on March 28, 2026.

By:    */s/ Kenneth E. Chase*
       Kenneth E. Chase